**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1180**

ERIC ALAN SANDERS,

        Plaintiff - Appellant,

    v.

LOWE'S HOME CENTERS, LLC,

        Defendant - Appellee,

    and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, of Charlotte, NC; JOHN HAYWARD; MIKE CALZAREETA; DOUG FORD; RAYVON IRBY,

        Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Paige Jones Gossett, Magistrate Judge.  (0:15-cv-02313-JMC)

Submitted:  June 21, 2018                    Decided:  June 27, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders seeks to appeal the magistrate judge's order denying his motion for leave to file a second amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Sanders seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Moreover, to the extent Sanders seeks to appeal regarding his "Request for Injunctive Relief," the magistrate judge cannot rule on motions for injunctive relief, 28 U.S.C. § 636(b)(1)(A) (2012), and the district court has not ruled on that request. Accordingly, we deny Sanders' pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*